# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

# PRETRIAL CONFERENCE MINUTES

| | |
|---|---|
| Samantha Wright, | COURT MINUTES - CIVIL |
| | BEFORE: KATE MENENDEZ |
| Plaintiff(s), | U.S. Magistrate Judge |
| v. | Case No: 21-cv-510-WMW-KMM |
| | Date: 7/13/21 |
| City of Minneapolis, et al., | Location: Telephonic |
| | Time Commenced: 10:30 a.m. |
| Defendant(s). | Time Concluded: 10:45 a.m. |
| | Total Time: 15 Minutes |

**APPEARANCES:**

For Plaintiff:     Timothy M. Phillps
For Defendant:  Kristin R. Sarff, Sharda R. Enslin, Heather Passe Robertson

**PROCEEDINGS:**

The Court held a telephonic status conference. Discovery is underway in this case, although the volume of bodycam videos to be reviewed makes it a somewhat slow process. In addition, in light of a demand communicated by the plaintiff, the defendant is not going to be in a position to engage in meaningful settlement talks until closer to the end of discovery. The Court will hold an additional status conference in the fall.

*s/KAT*
Judicial Assistant/Courtroom Deputy