UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Samantha Wright, | Court File No. 21-CV-510 (WMW/LIB) |
| Plaintiff, | |
| v. | |
| Oscar Macias, | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Pursuant to the stipulation of the parties (Doc. 37), all claims and parties are hereby dismissed with prejudice and without costs to any party.

Dated: _____

The Honorable Wilhelmina M. Wright
United States District Judge
District of Minnesota