# UNITED STATES DISTRICT COURT
## District of Minnesota

Samantha Wright,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s)

v.

Case Number: 21-cv-510 WMW/LIB

Oscar Macias,

Defendant(s)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

Date: 7/26/2022

KATE M. FOGARTY, CLERK